1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
        300 North Los Angeles Street
4       Los Angeles, California  90012
        Telephone: (213) 894-5810
5       Facsimile: (213) 894-0115
        E-mail: Sandra.Brown@usdoj.gov
6  CHRISTOPHER S. STRAUSS
   Trial Attorney (LA Bar No. 28770)
7  ELLEN M. QUATTRUCCI
   Trial Attorney (DC Bar No. 462103)
8  Tax Division, Western Criminal Enforcement Section
   United States Department of Justice
9       601 D. St. NW, Room 7022
        Washington, D.C. 20004
10      Telephone: (202) 514-5762
        Facsimile: (202) 514-9623
11      E-mail: Christopher.S.Strauss@usdoj.gov
               Ellen.M.Quattrucci@usdoj.gov
12

13 Attorneys for Plaintiff
   United States of America
14

15              UNITED STATES DISTRICT COURT

16         FOR THE CENTRAL DISTRICT OF CALIFORNIA

17 UNITED STATES OF AMERICA,      )   Case No. CR 11-
                                  )
18              Plaintiff,        )
                                  )   GOVERNMENT'S NOTICE OF REQUEST
19                                )   FOR DETENTION OF DEFENDANT
                v.                )   DAVID ALMOG
20                                )
   DAVID ALMOG                    )        [UNDER SEAL]
21              Defendant.        )
                                  )
22 _____ )
                                  )
23

24     Plaintiff, United States of America, by and through its counsel

25 of record, hereby requests detention of defendant DAVID ALMOG and

26 gives notice of the following material factors:

27    _____    1. Temporary 10-day Detention Requested (§ 3142(d))

28             on the following grounds:

_____ a. offense committed while defendant was on release pending (felony trial), (sentencing) (appeal) or on (probation) (parole);

_____ b. alien not lawfully admitted for permanent residence;

_____ c. flight risk;

_____ d. danger to community.

_____ 2. Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure against:

_____ a. danger to any other person or the community;

__X__ b. flight.

_____ 3. Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):

_____ a. Defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

_____ b. Defendant cannot establish by clear and convincing evidence that he/she will not flee.

_____ 4. Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)):

_____ a. Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

_____ b.  offense under 18 U.S.C. § 924(c) (firearm used/carried/possessed during/in relation to/in furtherance of crime), § 956(a), or § 2332b (presumption of danger to community and flight risk);

_____ c.  offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

_____ d.  defendant currently charged with (I) crime of violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 or MDLEA offense with 10-year or greater maximum sentence, or (IV) any felony if defendant previously convicted of two or more offenses described in I, II, or III, or two or more state or local offenses that would qualify under I, II, or III if federal jurisdiction were present, or a combination of such offenses, AND defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

3

\_\_\_\_\_   5.   Government Is Entitled to Detention Hearing

Under § 3142(f) If the Case Involves:

\_\_\_\_\_   a.   a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

\_\_\_\_\_   b.   an offense for which maximum sentence is life imprisonment or death;

\_\_\_\_\_   c.   Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

\_\_\_\_\_   d.   instant offense is a felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

\_\_\_\_\_   e.   any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

\_\_X\_\_   f.   serious risk defendant will flee;

\_\_X\_\_   g.   serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or

1        intimidate prospective witness or juror, or

2        attempt to do so).

3 _____ 6.   Government requests continuance of _____ days for

4        detention hearing under § 3142(f) and based upon the

5        following reason(s):

6        _____

7        _____

8 _____ 7.   Good cause for continuance in excess of three days

9        exists in that:

10       _____

11       _____

12       _____

13

14 DATED: September 29, 2011          Respectfully submitted,

15                                    ANDRÉ BIROTTE JR.
                                      United States Attorney
16

17                                    SANDRA R. BROWN
                                      Assistant United States Attorney
                                      Chief, Tax Division
18

19

20                                    CHRISTOPHER S. STRAUSS
                                      ELLEN M. QUATTRUCCI
21                                    Trial Attorneys

22                                    United States Department of Justice
                                      Tax Division, Western Criminal
                                      Enforcement Section
23

24                                    Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA
25

26

27

28

5