# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED

## CASE SUMMARY

Case Number CR 11-00930(A)          Defendant Number 1          2012 JUN 14 PM 2: 44

U.S.A. v. David Almog          Year of Birth 1969

CLERK U.S. DISTRICT COURT

☑ Indictment          ☐ Information          Investigative agency (FBI, DEA, etc.) IRS-CI          CENTRAL DIST OF CALIF.
LOS ANGELES

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Misdemeanor     ☐ Minor Offense     ☑ Felony

☐ Petty Offense     ☐ Class B Misdemeanor

b. Date of offense April, 2000 until at least March, 2011

c. County in which first offense occurred
   Orange

d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY

   ☐ Los Angeles          ☐ Ventura

   ☑ Orange               ☐ Santa Barbara

   ☐ Riverside            ☐ San Luis Obispo

   ☐ San Bernardino       ☐ Other _____

Citation of offense 18 U.S.C. Sec. 371

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?     ☑ No     ☐ Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: 9/16/2011
   Case Number 11-2164M
   Charging 1 count, 18 U.S.C. Sec. 371

The complaint:     ☑ is still pending
   ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☐ Yes*          ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*          ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT ?** ☐ Yes          ☑ No

This is the ___1st___ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: Septermber 29, 2011

Case Number 11-00930

The superseded case:

☑ is still pending before Judge/Magistrate Judge _____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

☐ Yes*          ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*          ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes          ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:     ☐ Yes          ☑ No

IF YES, list language and/or dialect: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**OTHER**

☑ Male       ☐ Female

☐ U.S. Citizen       ☑ Alien

Alias Name(s) _____

_____

This defendant is charged in:      ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?      ☐ Yes     ☑ No

IF YES, should matter be sealed?      ☐ Yes     ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☐ public corruption
☐ government fraud      ☑ tax offenses
☐ environmental issues      ☐ mail/wire fraud
☐ narcotics offenses      ☐ immigration offenses
☐ violent crimes/firearms      ☐ corporate fraud
☐ Other: _____

_____

_____

_____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?      ☐ Yes     ☐ No

d. Is a Fugitive      ☐ Yes     ☐ No

e. Is on bail or release from another district:

_____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.      ☑ Yes     ☐ No

Defendant is **in** custody:

a. Place of incarceration:      ☐ State     ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction:    ☐ Yes     ☐ No
   IF YES ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes     ☐ No
   IF YES ☐ State    ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. _____ 20 _____ 21 _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: n/a _____

_____

_____

_____

_____

Date  6/13/12

_Signature of Assistant U.S. Attorney_

SANDRA BROWN

_Print Name_