ANDRE BIROTTE JR., United States Attorney
SANDRA BROWN
Assistant United States Attorney
Chief, Tax Division
300 N. Los Angeles St., #7211,
Los Angeles, CA 90012
Tel: (213) 894-5810  Fax: (213) 894-0115
Email: sandra.brown@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br>DAVID ALMOG, DAVID KALAI, and NADAV KALAI<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 11-00930(A)-GHK<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

- **List Documents:**

(1) Government's Ex Parte Application for Order Sealing the Government's Opposition to Defendants' Joint Motion; (2) (Proposed) Order;
(3) Government's Opposition to Defendant's Joint Motion

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| | |
|---|---|
| 2/25/13<br>Date | Sandra Brown<br>Attorney Name<br><br>United States of America<br>Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                             NOTICE OF MANUAL FILING