ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone: (213) 894-5810
    Facsimile: (213) 894-0115
    E-mail: Sandra.Brown@usdoj.gov
CHRISTOPHER S. STRAUSS
Trial Attorney (LA Bar No. 28770)
ELLEN M. QUATTRUCCI
Trial Attorney (DC Bar No. 462103)
Tax Division, Western Criminal Enforcement Section
United States Department of Justice
    601 D. St. NW, Room 7022
    Washington, D.C. 20004
    Telephone: (202) 514-5762
    Facsimile: (202) 514-9623
    E-mail: Christopher.S.Strauss@usdoj.gov
        Ellen.M.Quattrucci@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 11-00930(A)-TJH |
|---|---|
| Plaintiff, | ) <u>NOTICE OF LODGING OF [PROPOSED]</u> |
| | ) <u>ORDER REGARDING EXCLUDABLE TIME</u> |
| v. | ) <u>PERIODS PURSUANT TO THE SPEEDY</u> |
| | ) <u>TRIAL ACT</u> |
| DAVID ALMOG, | ) |
| DAVID KALAI, and | ) |
| NADAV KALAI, | ) |
| Defendants. | ) |

    Please take notice that the government hereby lodges the attached [Proposed] Order Regarding Excludable Time Periods Pursuant To The Speedy Trial Act in the above-mentioned case. At the September 6, 2013 hearing on defendants' Joint Motion to Vacate The Trial Date, this Court continued the trial in this matter until December 3, 2013.

1    In order to memorialize the Court's findings concerning
2 defendants need for additional time to prepare for trial, the
3 government hereby submits the attached proposed order. On
4 October 2, 2013, counsel for the government sent counsel for
5 defendants DAVID KALAI and NADAV KALAI a copy of the proposed
6 order and inquired whether either party objected to the entry of
7 the proposed order. On October 2, 2013, counsel for defendant
8 NADAV KALAI advised me that he has no objection to the entry of
9 the proposed order. On October 4, 2013, the government sent
10 counsel for DAVID KALAI another e-mail inquiring whether he
11 objected to the entry of the proposed order. To date, the
12 government has not received a response from counsel for defendant
13 DAVID KALAI.

DATED: October 9, 2013          Respectfully submitted,

                                ANDRÉ BIROTTE JR.
                                United States Attorney
                                SANDRA R. BROWN
                                Assistant United States Attorney
                                Chief, Tax Division



                                      /s/
                                _____
                                Ellen M. Quattrucci
                                Christopher S. Strauss
                                Trial Attorney
                                United States Department of
                                Justice, Tax Division

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA