STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone: (213) 894-5810
    Facsimile: (213) 894-0115
    E-mail: Sandra.Brown@usdoj.gov
CHRISTOPHER S. STRAUSS
Trial Attorney (LA Bar No. 28770)
ELLEN M. QUATTRUCCI
Trial Attorney (DC Bar No. 462103)
Tax Division, Western Criminal Enforcement Section
United States Department of Justice
    601 D. St. NW, Room 7022
    Washington, D.C. 20004
    Telephone: (202) 514-5762
    Facsimile: (202) 514-9623
    E-mail: Christopher.S.Strauss@usdoj.gov
        Ellen.M.Quattrucci@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00930(B)-TJH-MRW |
| Plaintiff, | |
| v. | JOINT STATUS REPORT CONCERNING THE COURT-ORDERED MEDICAL EVALUATION OF DEFENDANT DAVID KALAI AND REQUEST TO CONTINUE THE STATUS CONFERENCE FROM SEPTEMBER 29, 2014 TO OCTOBER 6, 2014 |
| DAVID ALMOG, DAVID KALAI, and NADAV KALAI, | |
| Defendants. | Status Conference: September 29, 2014 |

Plaintiff, United States of America, through its undersigned counsel of record, and Defendant DAVID KALAI ("D. KALAI"), through undersigned counsel, hereby file Joint Status Report Concerning the Court-Ordered Medical Evaluation Of Defendant David Kalai And

Request To Continue September 29, 2014 Status Conference until October 6, 2014 at 10:00 a.m.

1. On September 11, 2014, the Court conducted a status conference to address whether Defendant D. KALAI would retain new counsel. At the status conference, defendant D. KALAI, through counsel, requested additional time due to his medical issues to advise the Court as to his decision regarding representation. After hearing from counsel for the parties and reviewing a letter submitted by defendant D. KALAI regarding his medical issues, the Court determined that it would appoint a medical professional to make a determination regarding the impact of defendant's medical conditions on his physical capacity to stand trial. The Court ordered the parties to confer and submit a recommendation for the appointment of such medical doctor to the Court and set a further status hearing for September 29, 2014.

2. The parties have contacted several doctors that specialize in geriatric medicine to obtain their *curriculum vitae* and determine when, and if, the doctors would be available to conduct the court-ordered medical evaluation. At the September 11, 2014 status conference the Court expressed a desire to have the medical evaluation conducted as soon as possible.

3. At the status conference, defendant D. KALAI also informed the Court that he had a doctor's appointment scheduled on Monday, September 15, 2014, and may be scheduled for surgery.

4. On September 17, 2014, counsel for defendant D. KALAI advised the government that defendant D. KALAI is scheduled to undergo surgery the week of September 22, 2014. The parties have

      conferred and agree that any medical evaluation should take place after the surgery (and a short period of time for recovery and for defendant D. KALAI's treating physician to assess his medical condition) so that the Court can be provided with the most complete and accurate assessment of defendant D. KALAI's health and medical prognosis for the near future.

5.   In light of these recent developments, the parties agree to file a stipulation and proposed order for the Court's review by October 3, 2014 with respect to all issues that can be agreed upon by the parties.  If agreement cannot be reached the parties will each file a recommendation concerning their proposed medical professional.  The additional time to file the recommendation and/or stipulation will allow the parties to provide the medical professionals contacted with a more accurate assessment of D. KALAI's medical condition and a more accurate time-line for the completion of the medical evaluation.

6.   The parties respectfully request that the Court continue the September 29, 2014 status conference to October 6, 2014 at 10:00 a.m.  Given the scheduled surgery, it is unlikely that the parties will have the necessary information to provide the Court with a realistic assessment of defendant D. KALAI's medical condition and availability for evaluation on September 29, 2014.  On October 6, 2014, the parties will be in a better

///

///

position to discuss the medical evaluation and address any further scheduling issues regarding the medical evaluation.  Mr. Anthony M. Solis, counsel for defendant NADAV KALAI, has advised government counsel that he is also available on October 6, 2014 at 10:00 a.m. for the proposed status conference.

DATED: September 18, 2014         Respectfully submitted,

STEPHANIE YONEKURA
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____/s/_____
CHRISTOPHER S. STRAUSS
ELLEN M. QUATTRUCCI
Trial Attorney
U.S. Department of Justice, Tax Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA


DATED: September 18, 2014         RICHARD G. NOVAK


_____/s/ with permision EMQ_
Counsel for DAVID KALAI